Mary Patricia **WIRTHLIN,**
Petitioner-Appellant,

v.

Edward H. **WIRTHLIN,** Respondent.

No. 49195.

Missouri Court of Appeals,
Eastern District, Division Six.

Aug. 13, 1985.

sion of the removal by Kaiser's engineer.

David N. Morgan, St. Louis, for petitioner-appellant.

Harold B. Bamburg, Clayton, for respondent.

### ORDER

PER CURIAM.

Appeal by wife from a dissolution modification decree decreasing maintenance by one-half after six months and terminating maintenance six months thereafter. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisdictional purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).